Meriel L. Darzen, OSB No. 113645, *pro hac vice*
meriel@crag.org
Oliver J. H. Stiefel OSB No. 135436*, pro hac vice*
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725
Fax: (503) 296-5454

Thomas E. Wheeler, CSB No. 304191
tom@wildcalifornia.org
Environmental Protection Information Center
145 G St., Ste. A
Arcata, California 95521
Phone: (206) 356-8689
LOCAL COUNSEL

Attorneys for Plaintiffs


McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA GRANTHAM, in her official capacity as Forest Supervisor of the Klamath National Forest, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00850-TLN-AC<br><br>**STIPULATION AND ORDER FOR AMENDING INITIAL PRETRIAL SCHEDULING ORDER (ECF 8)** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the Initial Pretrial Scheduling Order (ECF 8) shall be amended as follows:

1.      Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath Forest Alliance allege that Defendants United States Forest Service, Forest Supervisor Patricia Grantham, and Deputy Regional Forester Barnie Gyant approved and are proceeding with the Crawford Vegetation Management Project ("Crawford Project") on the Klamath National Forest in violation of the National Forest Management Act, 16 U.S.C. § 1604, and the National Environmental Policy Act, 42 U.S.C. § 4332.  Plaintiffs accordingly seek this Court's review of the administrative record relevant to the Defendants' actions vis-à-vis the Crawford Project.  5 U.S.C. § 706; *Earth Island Inst. v. U.S. Forest Serv.*, 697 F.3d 1010, 1013 (9th Cir. 2012).  Such proceedings are generally exempt from the usual rules and procedures governing discovery in civil litigation.  *See* Fed. R. Civ. P. 26(a)(1)(B)(i), (f); *Lands Council v. Powell*, 395 F.3d 1019, 1029 (9th Cir. 2005).

Defendants will provide a draft of the administrative record to Plaintiffs on or before June 15, 2020 and, after the parties meet and confer in good faith regarding the contents of the administrative record, shall lodge the certified administrative record on or before July 1, 2020.  In the event that a motion to supplement the administrative record is deemed necessary, the parties will submit a revised briefing schedule that accounts for such a motion.

2.      This action shall be resolved by way of cross-motions for summary judgment, *see Nw. Motorcycle Ass'n v. U.S. Dep't of Agric.*, 18 F.3d 1468, 1472 (9th Cir. 1994), according to the following briefing schedule:

Plaintiffs' Motion for Summary Judgment .................................................August 12, 2020

Defendants' Motion for Summary Judgment and

   Opposition to Plaintiffs' Motion for Summary Judgment .................. September 9, 2020

Plaintiffs' Reply in Support of Summary Judgment and

   Opposition to Defendants' Motion for Summary Judgment ....................October 7, 2020

Defendants' Reply in Support of Summary Judgment  ............................October 21, 2020

Plaintiffs' Motion for Summary Judgment, and Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion, shall each be limited to 35 pages.  Plaintiffs' Reply in Support of Summary Judgment and Opposition to Defendants' Motion, and Defendants' Reply in Support of Summary Judgment, shall each be limited to 15 pages.

3.     Defendants shall have up to and including July 29, 2020, to file an Answer to the Complaint.


Dated: June 4, 2020                            CRAG LAW CENTER

                                    By:    /s/  *Meriel L. Darzen*_____   (authorized 6/4/2020)
                                           MERIEL L. DARZEN

                                           Attorneys for Plaintiffs


Dated: June 9, 2020                            McGREGOR W. SCOTT
                                               United States Attorney

                                    By:    /s/  *Joseph B. Frueh*_____
                                           JOSEPH B. FRUEH
                                           Assistant United States Attorney

                                           Attorneys for Defendants



**IT IS SO ORDERED.**

Dated:  June 9, 2020
                                           _____
                                           Troy L. Nunley
                                           United States District Judge

STIPULATION AND ORDER FOR
AMENDING INITIAL PRETRIAL SCHEDULING ORDER