Meriel L. Darzen, OSB No. 113645, *pro hac vice*
meriel@crag.org
Oliver J. H. Stiefel OSB No. 135436, *pro hac vice*
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725
Fax: (503) 296-5454

Thomas E. Wheeler, CSB No. 304191
tom@wildcalifornia.org
Environmental Protection Information Center
145 G St., Ste. A
Arcata, California 95521
Phone: (206) 356-8689
LOCAL COUNSEL

Attorneys for Plaintiffs


McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PATRICIA GRANTHAM, in her official capacity as Forest Supervisor of the Klamath National Forest, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00850-TLN-AC<br><br>**SECOND STIPULATION AND ORDER TO AMEND INITIAL PRETRIAL SCHEDULING ORDER (ECF 8, 13)** |

## SECOND STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the Amended Initial Pretrial Scheduling Order (*see* ECF 8, 13) shall be further amended as follows:

1. Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath Forest Alliance allege that Defendants United States Forest Service, Forest Supervisor Patricia Grantham, and Deputy Regional Forester Barnie Gyant approved and are proceeding with the Crawford Vegetation Management Project ("Crawford Project") on the Klamath National Forest in violation of the National Forest Management Act, 16 U.S.C. § 1604, and the National Environmental Policy Act, 42 U.S.C. § 4332. Plaintiffs accordingly seek this Court's review of the administrative record relevant to the Defendants' actions vis-à-vis the Crawford Project. 5 U.S.C. § 706; *Earth Island Inst. v. U.S. Forest Serv.*, 697 F.3d 1010, 1013 (9th Cir. 2012).

2. The parties previously entered into a stipulation to set a schedule for the lodging of the administrative record, Defendants' Answer to the Complaint, and briefing on cross-motions for summary judgment, which the Court approved on June 9, 2010. *See* ECF 12, 13. Defendants provided Plaintiffs with a draft of the administrative record on June 15, 2020.

3. On June 22, 2020, Plaintiffs sent a letter to Defendants and the United States Fish and Wildlife Service titled, "Notice of Significant New Information and Request for Reinitiation of Consultation ("Notice"), which included several technical enclosures and a "60-day Notice of Intent to Sue for Failure to Reinitiate Consultation" on the Crawford Project. The letter requested that the agencies reinitiate consultation on the Crawford Project under the Endangered Species Act, 16 U.S.C. § 1540(g)(2)(A)(i), and stated that if the agencies failed to do so, Plaintiffs would amend their Complaint in this lawsuit.

4. To allow time for Defendants to consider Plaintiffs' Notice, and to avoid unnecessary expense and waste of judicial resources on claims that may resolve or change in scope in light of Plaintiffs' Notice and Defendants' response thereto, the parties request that the Court vacate the current schedule provided at ECF 13.

5. Defendants shall have up to and including July 29, 2020, to lodge the administrative record for the claims alleged in the Complaint.

6. Defendants shall have up to and including August 14, 2020, to respond to Plaintiffs' Notice. Plaintiffs shall have up to and including August 28, 2020, to file a First Amended Complaint.

7. The parties shall have up to and including August 28, 2020, to file a proposed schedule for the filing of any supplemental administrative record and briefing on cross-motions for summary judgment. Defendants shall have up to and including September 11, 2020, to file their Answer to the operative Complaint or First Amended Complaint.

Dated: June 29, 2020   CRAG LAW CENTER

By: /s/ *Meriel L. Darzen* (authorized 6/29/2020)
MERIEL L. DARZEN

Attorneys for Plaintiffs

Dated: June 29, 2020   McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: June 30, 2020

Troy L. Nunley
United States District Judge