Meriel L. Darzen, OSB No. 113645, *pro hac vice*
meriel@crag.org
Oliver J. H. Stiefel OSB No. 135436, *pro hac vice*
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725
Fax: (503) 296-5454

Thomas E. Wheeler, CSB No. 304191
tom@wildcalifornia.org
Environmental Protection Information Center
145 G St., Ste. A
Arcata, California 95521
Phone: (206) 356-8689
LOCAL COUNSEL

Attorneys for Plaintiffs


McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>PATRICIA GRANTHAM, in her official capacity as Forest Supervisor of the Klamath National Forest, *et al.*,<br><br>                    Defendants. | Case No. 2:20-cv-00850-TLN-AC<br><br>**THIRD STIPULATION AND ORDER TO AMEND INITIAL PRETRIAL SCHEDULING ORDER (ECF 8, 13, 15)** |

## THIRD STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the Amended Initial Pretrial Scheduling Order (*see* ECF 8, 13, 15) shall be further amended as follows:

1. Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath Forest Alliance allege that Defendants United States Forest Service, Forest Supervisor Patricia Grantham, and Deputy Regional Forester Barnie Gyant approved and are proceeding with the Crawford Vegetation Management Project ("Crawford Project") on the Klamath National Forest in violation of the National Forest Management Act, 16 U.S.C. § 1604, and the National Environmental Policy Act, 42 U.S.C. § 4332. Plaintiffs accordingly seek this Court's review of the administrative record relevant to the Defendants' actions vis-à-vis the Crawford Project. 5 U.S.C. § 706; *Earth Island Inst. v. U.S. Forest Serv.*, 697 F.3d 1010, 1013 (9th Cir. 2012).

2. Defendants provided Plaintiffs with a draft of the administrative record on June 15, 2020. The parties have been conferring in good faith regarding the content of the administrative record and the schedule in this case, which schedule includes the potential for filing amended pleadings for claims under the Endangered Species Act, joining additional defendants, supplementing the administrative record, and briefing on cross-motions for summary judgment. *See* ECF 15 ¶¶ 2–7.

3. As of the filing of this Stipulation, Plaintiffs anticipate identifying additional materials for inclusion in the draft administrative record. Defendants are also taking a closer look at the Project record to determine whether additional work or updates might be necessary. For these reasons, the parties have agreed to continue the lodging of the administrative record for the claims alleged in the operative Complaint from July 29 to **August 12, 2020**.

///
///
///
///
///
///
///

4. Defendants agree they will not be advertising a timber sale or entering into contracts for vegetation management or logging under the Crawford Project until October 31, 2020, at the earliest.

5. All other dates in the Amended Initial Pretrial Scheduling Order (*see* ECF 15) remain unchanged.

Dated: July 28, 2020   CRAG LAW CENTER

By: */s/ Meriel L. Darzen* (authorized 7/28/2020)
MERIEL L. DARZEN

Attorneys for Plaintiffs

Dated: July 28, 2020   McGREGOR W. SCOTT
United States Attorney

By: */s/ Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: July 28, 2020

Troy L. Nunley
United States District Judge

Third Stipulation and Order for
Amending Initial Pretrial Scheduling Order

2